# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL BRYANT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COLORADO GRILL FRESNO INC., et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-01266-DAD-SAB<br><br>ORDER STRIKING RETURN OF SUMMONS FROM THE RECORD<br><br>(ECF No. 4) |

On September 21, 2017, Plaintiff Rachel Bryant filed this action alleging denial of right of access under the Americans with Disabilities Act. On October 5, 2017, Plaintiff filed the executed return of service of summons for Defendant Chong's Plaza LLC. On October 10, 2017, Plaintiff filed a notice of errata stating that the service on Defendant Chong's Plaza LLC was defective and requested that the return of service be stricken.

Accordingly, the return of summons filed October 5, 2017, is HEREBY STRICKEN FROM THE RECORD.

IT IS SO ORDERED.

Dated: __October 11, 2017__

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1