Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorneys for Plaintiff
Rachel Bryant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RACHEL BRYANT,<br><br>   Plaintiff,<br><br> vs.<br><br>COLORADO GRILL FRESNO INC. dba COLORADO GRILL, et al.,<br><br>   Defendants. | No. 1:17-cv-01266-DAD-SAB<br><br>**STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER** |

Page 1

**WHEREAS,** a Mandatory Scheduling Conference in this matter is set for December 4, 2017 (Dkt. 3);

**WHEREAS,** Defendant Colorado Grill Fresno Inc. ("Colorado Grill") waived service of summons (Dkt. 8), and Colorado Grill's responsive pleading is accordingly not due until December 26, 2017;

**NOW, THEREFORE,** Plaintiff Rachel Bryant, Defendant Colorado Grill, and Defendant Chong's Plaza LLC, by and through their respective counsel, stipulate to a continuance of the Mandatory Scheduling Conference currently set for December 4, 2017 to a date at the Court's convenience on or after January 15, 2018, to allow time for Colorado Grill to make an appearance in the case.

Dated: November 16, 2017           MISSION LAW FIRM, A.P.C.

                                   /s/ Zachary M. Best
                                   Zachary M. Best
                                   Attorneys for Plaintiff,
                                   Rachel Bryant

Dated: November 22, 2017           /s/ Naser A. Nekumanesh
                                   Naser A. Nekumanesh
                                   Attorney for Defendant,
                                   Colorado Grill Fresno, Inc.

Dated: November 20, 2017           /s/ Bruce A. Neilson
                                   Bruce A. Neilson
                                   Attorney for Defendant,
                                   Chong's Plaza LLC

## **ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for December 4, 2017 is continued to January 23, 2018, at 10:15 a.m. in Courtroom 9, before Magistrate Judge Stanley A. Boone. The parties are to file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated: **November 27, 2017**

UNITED STATES MAGISTRATE JUDGE