**Bruce A. Neilson #096952**
**7108 N. Fresno St. #410**
**Fresno, California 93720**
**Telephone (559) 432-9831**
**Facsimile (559) 432-1837**

**Attorney for Defendant**
Chong's Plaza LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| RACHEL BRYANT,<br><br>        Plaintiff,<br><br>vs.<br><br>COLORADO GRILL FRESNO INC. dba<br>COLORADO GRILL; CHONG'S PLAZA LLC;<br><br>        Defendants. | CASE NO. 1:17-cv-01266-DAD-SAB<br><br>SECOND STIPULATION AND ORDER FOR EXTENSION OF TIME FOR CHONG'S PLAZA LLC TO RESPOND TO COMPLAINT |

WHEREAS:

    1. Plaintiff Rachel Bryant ("Plaintiff") filed her complaint in this action on September 21, 2017.

    2. This is the second request for an extension of time for Defendant Chong's Plaza LLC ("Defendant"). A previous stipulation for extension of time was granted by local rule and therefore court approval is required for a further extension of time. A joint status report is due on or about January 16, 2017.

    3. Plaintiff and Defendant continue to be in settlement negotiations at this time, but time is needed to conclude the terms of a settlement.

    4. The other defendant in this case (Colorado Grill Fresno Inc.), because of waiver of service of summons (Dkt. 8), does not have a responsive pleading due until December 26, 2017. The parties to this stipulation agree and submit that settlement of this case prior to the preparation of a joint status report would save valuable court time and resources and have agreed to extend this Defendant's time to respond to the complaint until December 26, 2017 also, subject to the court's approval.

NOW THEREFORE, Defendant Chong's Plaza LLC through its attorneys, and Plaintiff Rachel Bryant through her attorneys, hereby stipulate and agree that the time for Defendant Chong's Plaza LLC to answer or otherwise respond to the Complaint shall be extended up to and including December 26, 2017, pending court approval.

IT IS SO STIPULATED.

|  |  |
|---|---|
|  | MISSION LAW FIRM, A.P.C. |
| Dated: December 12, 2017 | /s/Zachary M. Best |
|  | Zachary M. Best, Attorney for Plaintiff Rachel Bryant |
| Dated: December 12, 2017 | /s/Bruce A. Neilson |
|  | Bruce A. Neilson, Attorney for Defendant, Chong's Plaza, LLC |

## ORDER

IT IS SO ORDERED that defendant Chong's Plaza LLC shall have until December 26, 2017 to answer or otherwise respond to the Complaint.

IT IS SO ORDERED.

Dated:  **December 14, 2017**

UNITED STATES MAGISTRATE JUDGE