# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL BRYANT, | ) No. 1:17-cv-01266-DAD-SAB )<br>) ORDER RE FURTHER STIPULATION FOR<br>) EXTENSION OF TIME FOR DEFENDANTS<br>) TO RESPOND TO COMPLAINT<br>)<br>) (ECF No. 115) |
| Plaintiff, | |
| vs. | |
| COLORADO GRILL FRESNO INC. dba COLORADO GRILL, et al., | |
| Defendants. | |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendants, Colorado Grill Fresno Inc. and Chong's Plaza LLC, shall file a responsive pleading on or before January 11, 2018. The parties are advised that no more extensions of time to respond to the complaint shall be granted in this action and if a notice of settlement is not filed by January 11, 2018, the parties shall file a joint scheduling seven days prior to the January 23, 2018 scheduling conference.

IT IS SO ORDERED.

Dated: __**January 8, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE