# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL BRYANT,<br><br>    Plaintiff,<br><br>    v.<br><br>COLORADO GRILL FRESNO INC., et al.,<br><br>    Defendants. | Case No. 1:17-cv-01266-DAD-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIVE DOCUMENTS<br><br>FIFTEEN DAY DEADLINE |

On September 21, 2017, Plaintiff Rachel Bryant filed this action alleging denial of right of access under the Americans with Disabilities Act. A scheduling conference was conducted on February 6, 2018, during which the parties advised the Court that the matter has been conditionally settled.

Accordingly, IT IS HEREBY ORDERED that the parties shall file dispositive documents within fifteen (15) days from the date of entry of this order.

IT IS SO ORDERED.

Dated:   **February 6, 2018**

UNITED STATES MAGISTRATE JUDGE

1